**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7064**

———————

PATRICK J. STEEN,

Plaintiff - Appellant,

versus

DEPUTY SERGEANT HURD; DEPUTY SERGEANT ELKINS;
OFFICER BRUTON; OFFICER HAYNES; OFFICER POE;
MECKLENBURG COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-97-544-3-MU)

———————

Submitted: November 4, 1999          Decided: November 10, 1999

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Patrick J. Steen, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick J. Steen appeals from the district court's order denying appointment of counsel under 28 U.S.C.A. § 1915 (West Supp. 1999). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Miller v. Simmons, 814 F.2d 962, 967 (4th Cir. 1987).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2